UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware
**Date:** 9/10/2007
**Case No:** CR-07-0523 JW

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Raynee Mercado
**U.S. Probation Officer:** N/A
**Interpreter:** N/A

## TITLE

U.S.A. v. Daniel Robledo ( C)

**Attorney(s) for Plaintiff(s):** Tom O'Connell
**Attorney(s) for Defendant(s):** Allen Schwartz

## PROCEEDINGS

Status/Trial Setting

## ORDER AFTER HEARING

Hearing Held. Defendant Robledo present and in custody for proceedings. This was the defendant's initial appearance before the Court. The Last Day for Trial is 11/1/2007. The Court GRANTED the Government's Related Case Order. The Court continued this matter to 10/15/2007 at 1:30 PM for Further status hearing. Time is excluded from 9/10/2007 to 10/15/2007 to accommodate discovery investigation and resolution of this matter short of trial.

_Elizabeth C. Garcia_
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: