UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

Judge: James Ware
Date: 10/15/2007
Case No: CR-07-523 JW

Courtroom Deputy: Elizabeth Garcia
Court Reporter: Irene Rodriguez
U.S. Probation Officer: N/A
Interpreter: N/A

## TITLE

U.S.A. v. Daniel Robledo ( C)

**Attorney(s) for Plaintiff(s):** Tom O'Connell
**Attorney(s) for Defendant(s):** Allen Schwartz

## PROCEEDINGS

**Status Hearing**

## ORDER AFTER HEARING

Hearing Held. Defendant Robledo present and in custody for proceedings. The Court continued this matter to 11/5/2007 at 1:30 PM for Setting/Disposition. Time is excluded from 10/15/2007 to 11/5/2007 to accommodate efforts to resolve this case short of trial.

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: