UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware
**Date:** 11/5/2007
**Case No:** CR-07-0523 JW

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez
**U.S. Probation Officer:** N/A
**Interpreter:** N/A

## TITLE

U.S.A. v. Daniel Robledo ( C)

**Attorney(s) for Plaintiff(s):** Tom O'Connell
**Attorney(s) for Defendant(s):** Carleen Alridge for Allan Schwartz

## PROCEEDINGS

Status re Setting/Disposition

## ORDER AFTER HEARING

Hearing Held. Defendant Robledo present and in custody for proceedings. The Court continued this matter to November 19, 2007 at 1:30 PM for Setting/Disposition. The Court notes that this is the parties' last request for continuance. Time is excluded from November 5, 2007 through November 19, 2007.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: