Allen H. Schwartz,  SBN 108126
Attorney at Law
111 W. St. John Street, Suite 555
San Jose, CA 95113
Telephone: (408) 298-9494
Fax: (408) 298-4551

Attorney for Defendant DANIEL ROBLEDO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL ROBLEDO, et al.,<br><br>Defendants. | Case No. CR 07-00523 JW<br><br>STIPULATION AND PROPOSED ORDER FOR ADVANCEMENT OF ENTRY OF PLEA |

    Defendant, DANIEL ROBLEDO, through his counsel Allen H. Schwartz, and plaintiff, the United States, through its counsel, Thomas M. O'Connell, hereby stipulate to an advance of the plea date now set before this court for November 19, 2007, at 1:30 p.m to November 15, 2007, at 10:30 a.m.

    The parties have agreed to this advancement for the reason of convenience in that it would accommodate defense counsel's trial calendar.

STIPULATION TO ADVANCEMENT        1        CR 07-00523 JW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

s/Thomas M. O'Connell

Dated: _____
THOMAS M. O'CONNELL
Assistant U.S. Attorney

s/ Allen H. Schwartz

Dated: _____
ALLEN H. SCHWARTZ
Attorney for Defendant

I, Allen H. Schwartz attest that the contents of this stipulation are acceptable to the above signatories.

## ORDER

Based upon the stipulation of the parties and the facts set forth, and good cause appearing, **IT IS HEREBY ORDERED** that the plea date of November 19, 2007, in this matter is vacated.  The matter is advanced to November 15, 2007  at 10:30 a.m. in this court.

Dated: _____
HON. JAMES WARE
United States District Judge

STIPULATION TO ADVANCEMENT                2                CR 07-00523 JW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28