1  Allen H. Schwartz, SBN 108126
   Attorney at Law
2  111 W. St. John Street, Suite 555
   San Jose, CA 95113
3  Telephone: (408) 298-9494
   Fax: (408) 298-4551
4

5

6  Attorney for Defendant DANIEL ROBLEDO
7

8

9
              IN THE UNITED STATES DISTRICT COURT
10
           FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12

13

14 | UNITED STATES OF AMERICA,          Case No. CR 07-00523 JW

15 |        Plaintiff,                  STIPULATION AND PROPOSED
                                        ORDER FOR ADVANCEMENT OF
16 |   v.                               ENTRY OF PLEA

17 | DANIEL ROBLEDO, et al.,

18 |        Defendants.

19

20     Defendant, DANIEL ROBLEDO, through his counsel Allen H. Schwartz, and
21 plaintiff, the United States, through its counsel, Thomas M. O'Connell, hereby stipulate
22 to an advance of the plea date now set before this court for November 19, 2007, at 1:30
23 p.m to November 15, 2007, at 10:30 a.m.
24     The parties have agreed to this advancement for the reason of convenience in
25 that it would accommodate defense counsel's trial calendar.
26

27

28

STIPULATION TO ADVANCEMENT            1                    CR 07-00523 JW

1  
Respectfully submitted,

2  
s/Thomas M. O'Connell

3 Dated:  
THOMAS M. O'CONNELL  
4  
Assistant U.S. Attorney

5  
s/ Allen H. Schwartz

6 Dated:  
ALLEN H. SCHWARTZ  
7  
Attorney for Defendant

8   I, Allen H. Schwartz attest that the contents of this stipulation are acceptable to  
9 the above signatories.

10  
11  **ORDER**

12   Based upon the stipulation of the parties and the facts set forth, and good cause  
13 appearing, **IT IS HEREBY ORDERED** that the plea date of November 19, 2007, in this  
14 matter is vacated. The matter is advanced to November 15, 2007 at 10:30 a.m. in this  
15 court.

16  
17 Dated: November 14, 2007  
HON. JAMES WARE  
18  
United States District Judge

19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

STIPULATION TO ADVANCEMENT        2        CR 07-00523 JW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28