

# UNITED STATES DISTRICT COURT

**NORTHERN DISTRICT OF CALIFORNIA**
**PROBATION OFFICE**

Yador J. Harrell
*CHIEF U.S. PROBATION OFFICER*

Please reply to:
**U.S. Court House & Federal Building**
280 S. First Street, Suite #106
San Jose, CA 95113-3003
TEL: (408) 535-5200
FAX: (408) 535-5206

450 Golden Gate Avenue
Suite 17-6884; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

November 19, 2007

**FILED**

NOV 2 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

The Honorable James Ware
United States District Judge

**ATTENTION:** Ms. Elizabeth Garcia

               RE:     **ROBLEDO, Daniel**
                      Docket No. CR 07-00523-02 JW
                      **REQUEST FOR CONTINUANCE**

Your Honor:

I am submitting this Memorandum and the attached Order for Your Honor's signature. This continuance proposal has been discussed with the attorneys of record, Mr. Thomas M. O'Connell, Assistant U.S. Attorney, and Mr. Allen Schwartz, both of whom are in agreement with the new proposed hearing date of March 17, 2008, at 1:30 p.m.

The reason for this request is, based on the current date, the draft report would be due to the parties in less than four weeks. Given the upcoming holidays and the current workload of the officers, this will not be enough time to meet these short disclosure deadlines.

My request is that the sentencing hearing for Mr. Robledo be reset for March 17, 2008, at 1:30 p.m., to allow for the disclosure of the draft presentence report in a timely fashion, pursuant to Crim. L.R. 32-4(a) and FRCrimP 32(b)(6). The Court's availability on this date has been confirmed by Ms. Elizabeth Garcia.

Should Your Honor have any questions regarding this matter, I may be reached at (408) 535-5216.

Respectfully submitted,

Yador J. Harrell
Chief U.S. Probation Officer

By: *Robert Ramirez*
Robert Ramirez
Supervisory U.S. Probation Officer