# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED**
NOV 20 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES OF AMERICA    )
                            )
vs.                         )    Docket Number: CR 0700523-02 JW
                            )
Daniel Robledo              )
                            )

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _____January 28, 2008_____ be continued until _____March 17, 2008_____ at _____1:30 p.m._____.

Date: Nov 20 2007          /s/ James Ware

NDC-PSR-009 12/06/04

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA

        Plaintiff,

v.

DANIEL ROBLEDO

        Defendant.

Case Number: CR07-00523-02 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 20, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Allen Harvey Schwartz
Attorney at Law
111 W. St. John St., Suite 555
San Jose, CA 95113

Thomas M. O'Connell
US Attorney's Office-San Jose Division
150 Almaden Blvd., Suite 900
San Jose, CA 95113

Robert Ramirez
United States Probation
280 South First Street
San Jose CA 95113

Dated: November 20, 2007

                                          Richard W. Wieking, Clerk

                                          By: Elizabeth C. Garcia, Deputy Clerk