| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CASBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CASBN 163973)<br>Chief, Criminal Division |
| 4 | THOMAS M. O'CONNELL (NYSBN 1801950)<br>Assistant United States Attorney |

150 Almaden Blvd., 9th Floor
San Jose, California 95113
Telephone: (408) 535-5053
Facsimile:  (408) 535-5066
E-mail: Thomas.M.OConnell@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00523-JW |
| Plaintiff, | ) ) | REQUEST AND [PROPOSED] ORDER CONTINUING DATE FOR SENTENCING |
| v. | ) ) | |
| DANIEL ROBLEDO, | ) ) | Date: March 17, 2008 |
| Defendant. | ) ) | Time: 1:30 p.m. |
| | ) | Before The Honorable James Ware |

The United States and defendant Daniel Robledo hereby request as follows:

**WHEREAS**,

1.   The parties mutually request that the sentencing currently scheduled for Monday, March 17, 2008, at 1:30 p.m. be continued to a date convenient to the court.

2.   Defense counsel, Allen H. Schwartz, is actually engaged in a state court trial at this time. It is expected that this trial will continue beyond March 17th.

3.   Defense counsel, has requested and authorized the undersigned to make this request without the need for his signature on a formal stipulation.

**THE PARTIES THEREFORE REQUEST AS FOLLOWS:**

Sentencing in this case should be scheduled to occur on any Monday that is convenient to the court after March 17, 2008, at 1:30 p.m., before The Honorable James Ware, United States