JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

THOMAS M. O'CONNELL (NYSBN 1801950)
Assistant United States Attorney

150 Almaden Blvd., 9th Floor
San Jose, California 95113
Telephone: (408) 535-5053
Facsimile:  (408) 535-5066
E-mail: Thomas.M.OConnell@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 07-00523-JW |
|---|---|---|
| Plaintiff, | ) | REQUEST AND [PROPOSED] ORDER CONTINUING DATE FOR SENTENCING |
| v. | ) | |
| DANIEL ROBLEDO, | ) | |
| Defendant. | ) | Date: March 17, 2008<br>Time: 1:30 p.m. |
| | ) | Before The Honorable James Ware |

The United States and defendant Daniel Robledo hereby request as follows:

**WHEREAS**,

1. The parties mutually request that the sentencing currently scheduled for Monday, March 17, 2008, at 1:30 p.m. be continued to a date convenient to the court.

2. Defense counsel, Allen H. Schwartz, is actually engaged in a state court trial at this time. It is expected that this trial will continue beyond March 17th.

3. Defense counsel, has requested and authorized the undersigned to make this request without the need for his signature on a formal stipulation.

**THE PARTIES THEREFORE REQUEST AS FOLLOWS:**

Sentencing in this case should be scheduled to occur on any Monday that is convenient to the court after March 17, 2008, at 1:30 p.m., before The Honorable James Ware, United States

District Judge.

DATED: 3/12/08

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
_____
THOMAS M. O'CONNELL
Assistant United States Attorney

## **ORDER**

Based upon the foregoing Request and good cause appearing therefor,

**IT IS HEREBY ORDERED** that sentencing in this matter is continued from March 17, 2008 to **Monday, _____, 2008, at 1:30 p.m.**

DATED:

_____
JAMES WARE
United States District Judge

Distribute to:

Allen H. Schwartz, Esq.
Law Ofc Allan Schwartz
550 California St #700
San Francisco, CA 94104
Counsel for Defendant

Thomas M. O'Connell
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Tel: (408) 535-5053
Fax: (408) 535-5066
Counsel for Plaintiff

United States Probation Office
ATTN: Waseem Iqbal
280 S. First Street
San Jose, CA 95113

REQUEST AND ORDER

2