**DENIED**
Judge James Ware
3/12/2008

1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4  THOMAS M. O'CONNELL (NYSBN 1801950)
   Assistant United States Attorney
5
6     150 Almaden Blvd., 9th Floor
      San Jose, California 95113
7     Telephone: (408) 535-5053
      Facsimile:  (408) 535-5066
      E-mail: Thomas.M.OConnell@usdoj.gov
8
9  Attorneys for the United States of America

10              IN THE UNITED STATES DISTRICT COURT
11           FOR THE NORTHERN DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,            )   No. CR 07-00523-JW
                                         )
13         Plaintiff,                    )   REQUEST AND [PROPOSED]
                                         )   ORDER CONTINUING DATE FOR
14     v.                                )   SENTENCING
                                         )
15  DANIEL ROBLEDO,                      )
                                         )   Date: March 17, 2008
16         Defendant.                    )   Time: 1:30 p.m.
                                         )
17                                           Before The Honorable James Ware
18

19     The United States and defendant Daniel Robledo hereby request as follows:
20     **WHEREAS**,
21     1.   The parties mutually request that the sentencing currently scheduled for Monday,
22  March 17, 2008, at 1:30 p.m. be continued to a date convenient to the court.
23     2.   Defense counsel, Allen H. Schwartz, is actually engaged in a state court trial at
24  this time. It is expected that this trial will continue beyond March 17th.
25     3.   Defense counsel, has requested and authorized the undersigned to make this
26  request without the need for his signature on a formal stipulation.
27     **THE PARTIES THEREFORE REQUEST AS FOLLOWS:**
28     Sentencing in this case should be scheduled to occur on any Monday that is convenient to
    the court after March 17, 2008, at 1:30 p.m., before The Honorable James Ware, United States

District Judge.

DATED: 3/12/08

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
_____
THOMAS M. O'CONNELL
Assistant United States Attorney

## ORDER

The Court declines to approve the parties' proposed stipulation. The parties shall appear on the Court's record on March 17, 2008 at 1:30 PM to request a continuance of the Judgment and Sentencing Hearing.

DATED: March 12, 2008

_James Ware_
JAMES WARE
United States District Judge

Distribute to:

Allen H. Schwartz, Esq.
Law Ofc Allan Schwartz
550 California St #700
San Francisco, CA 94104
Counsel for Defendant

Thomas M. O'Connell
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Tel: (408) 535-5053
Fax: (408) 535-5066
Counsel for Plaintiff

United States Probation Office
ATTN: Waseem Iqbal
280 S. First Street
San Jose, CA 95113

REQUEST AND ORDER

2