UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

### CRIMINAL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:**   3/172008 | **Court Reporter:** Summer Clanton |
| **Case No.:** CR- 07-0523 JW | **U.S. Probation Officer:** Waseem Iqbal |
| **Related Case No.:** N/A | **Interpreter:**    N/A |

### TITLE

U.S.A. v.  Daniel Robledo ( C) (2)

**Attorney(s) for Plaintiff(s):** Tom O'Connell
**Attorney(s) for Defendant(s):** Carleen Arlidge for Allen Schwartz

### PROCEEDINGS

Status Hearing re:
1. Judgment and Sentencing at to Count 1
2. Government's Motion to Dismiss Counts 2,3

### ORDER AFTER HEARING

Hearing Held.  Defendant Robledo present and not in custody for proceedings.  The Court continued this matter to April 14, 2008 at 1:30 PM for Judgment and Sentencing for continuity of counsel.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: