UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware
**Date:** 4/14/2008
**Case No.:** CR-07-0523 JW
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez
**U.S. Probation Officer:** N/A
**Interpreter:** N/A

## TITLE

U.S.A. v. Daniel Robledo (2)( C)

**Attorney(s) for Plaintiff(s):** Jeff Schenk for Tom O'Connell
**Attorney(s) for Defendant(s):** Allen Schwartz

## PROCEEDINGS

Status re Judgment and Sentencing

## ORDER AFTER HEARING

**Hearing Held. Defendant present and in custody for proceedings. The Court continued this matter to April 28, 2008 at 1:30 PM for Judgment and Sentencing to accommodate the Government's anticipated motion and sentencing memorandum.**

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: