**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**\*E-FILED\***

**CRIMINAL MINUTES**

**Judge: James Ware**
**Date:  4/28/2008**
**Case No.: CR-07-0523 JW**
**Related Case No.: N/A**

**Courtroom Deputy: Elizabeth Garcia**
**Court Reporter: Summer Clanton**
**U.S. Probation Officer: Waseem Iqbal**
**Interpreter:   N/A**

**TITLE**

**U.S.A. v. Daniel Robledo (2) ( C)**

**Attorney(s) for Plaintiff(s): Tom O'Connell**
**Attorney(s) for Defendant(s): Allen Schwartz**

**PROCEEDINGS**

1.  Judgment and Sentencing as to Count 1 of the Indictment
2.  Government's Motion to Dismiss Counts 2 and 3 of the Indictment

**ORDER AFTER HEARING**

Hearing Held.  Defendant present and in custody for proceedings.  The Court sentenced the Defendant as to Count 1 of the Indictment.  The Defendant is committed as to Count 1 of the Indictment 36 months BOP custody, 4 years supervised release under the standard conditions of supervised release and the Court imposed special conditions of supervised release, $100 special assessment.  The Government moved to dismiss Counts 2 and 3 of the indictment.  The Court GRANTED the Government's Motion.  The Defendant is remanded to the custody of United States Marshal Service.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed/C. Escolano**
CC: