United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10         SAN JOSE DIVISION

11   UNITED STATES OF AMERICA,                          NO. CR 07-00523-2 JW

12             Plaintiff,                               **SEALING ORDER PURSUANT
                                                        TO GENERAL ORDER 54**
13        v.

14   DANIEL ROBLEDO,

15             Defendant.
                                                /

16
     The following documents in this action are placed under seal and shall not be opened except by
17   the United States Sentencing Commission for its eyes only and shall not be transmitted or otherwise
     opened except by order of this court upon application.
18

19        **X**     Presentence Report

20        ___     Plea Agreement

21         X      Statement of Reasons

22

23        ___     _____
                    (Other)

24   Dated: April 30, 2008                             _____

25                                                     JAMES WARE
                                                       United States District Judge
26
27
28

**United States District Court**

For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN MAILED TO:**

United States Probation Office
United States Marshal Service
280 South First Street
San Jose, CA 95113

**Dated: April 30, 2008**                                **Richard W. Wieking, Clerk**

**By:** _Elizabeth C. Garcia_
        **Elizabeth Garcia**
        **Courtroom Deputy**