CR-07-00523-JW

Honerable                                   6-22-08
James Ware
My name is Daniel Robledo
I was sentence to 36 months
By you may of 2008 you may
Remember I was the one with
the Broken Back.
When I was going thru the
courts I ask my lawer what
ever I can do to get Back
and Help my wife with our
two Doughters I would do.
I know its not thier Fault
its mind But thier are also
hurting.
The way He explained it was
that you would give me the
Drug program that could take
up to 12 more months off my
time.
Well they sent me to taft and
they dont have that program
and the case maneger has
told me that just because
the judge put that in the
sentence they do not have to give

it to me and they are not
going to give it to me.
If not for my wife having
a hard time by her self
I would not write you about it
I would just do my time.
See in spite of what they told
you I om not a drug dealer
I just mix up with the wrong
people thoses few months we were
apart as you can see when
they raided my house I did not
have any drugs
So I am writing you to see if
you could help me in any way
I ask my lawer if you could
give me a lateral departure he
never ask you or like more
supervised time or any way
you could help I just asking for
a change to prove my self. Thank
you for your time on this matter
what ever your descion is I respect
it. Thankyou
           Respectfully Daniel Robledo

Daniel Robledo
10752-111
P.O. Box 7000
TAFT CA. 93268

BAKERSFIELD CA 933
MOJAVE CA
25 JUN 2008 PM 2 L

RECEIVED
2008 JUN 27 PM 2:55
ATTORNEY'S OFFICE
SAN JOSE, CA

James Ware
150 Almaden Blvd Ste 900
San Jose CA 95113

95113+2003